PRISONER CIVIL RIGHTS ACT COMPLAINT FORM
42 U.S.C. §1983
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Andrew Tab Kilpatrick
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Jacob Darrell Anderson *
Cherokee County N.C. Sheriffs Office
Sheriff Palmer, Investigator Caleb Stiles

(Enter above full name of defendant or defendants.)

Case No. 1:21-cv-00244

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✗)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
   1. Parties to previous lawsuits:
      Plaintiffs: _____

      Defendants: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket number: _____

   4. Name of presiding judge: _____

   5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
      _____

   6. Approximate date of case filing: _____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes (✓) No (✗)
1. Name the court and docket number for each: Does not apply to N.C. Industrial Commission.

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No (✗)
1. If yes, how many?
2. Name the court and docket number for each action:

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES

A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (✗) No ( )

B. If your answer is Yes:
1. When did you file your grievance?
Filed 8/28/21
2. What was your grievance?
Excessive Force, lack of proper Medical care, Prosecutorial Misconduct, Vindictive Prosecution
3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes (✗) No ( )

If yes, when was the decision and what was the result?
Captain White said it was dealing with issues before I came to jail.

C. If your answer to A is no, identify the claim(s) and explain why not:
Probable Cause for arrest was not addressed because everytime I ask or try to discuss I get threatened they will take my priviledges.

IV. PARTIES
A. Plaintiff's Name: Andrew Tab Kilpatrick
Address/Place of Confinement: Cherokee County Detention CTR N.C.
577 Regal St. Murphy NC 28906

B. Defendant(s)

Name of Defendant 1: Jacob Darrell Anderson
Position: Owner/operator Regional Disposal
Place of Employment:
Current Address: 9275 US Highway 19
Marble N.C. 28905

Additional Defendant(s) provide name, position, place of employment, and current address for each.

Defendant 2: Caleb Stiles Investigator CCSD
577 Regal St.
Murphy N.C. 28906

Defendant 3: Sheriff Palmer CCSD
577 Regal St.
Murphy N.C. 28906

Defendant 4:

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM

State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

Jacob Darrell Anderson acting in conjunction with the Cherokee County Sheriffs Dept violated 4th Amendment rights of Plaintiff by using excessive force at the end of May 2021 I shopping at Dollar General Store in Marble N.C. 28905 was viciously attacked by multiple people mainly Jacob Darrell Anderson as I retreated thru parking lot looking for my moped that was now on back of Regional Disposal truck. Mr. Anderson attacking my person hitting me with a stick of metal bar giving me multiple lacerations to head and face, Anderson grabbing my arm and purposely bent it against the elbows natural range of motion jerking it behind my back torquing the limb past its breaking point Numerous officers showed up, OFFICER DOOR

[margin note, top left:] Crimes stated here against Anderson was never filed? Don't know why?

[margin note:] These same crimes are in warrants — 20 CR 050914, 20 CR 050916, 20 CR 050917, 20 CR 050918. Bond of $75,000

1) took me to Erlanger Medical Center. I was detained by Cherokee County Sheriffs office for several hours, being short staffed and going into surgery; officer Cody Williams took shackles off I left Hospital before surgery.

2) CCSD officer Caleb Stiles fabricated probable cause to mislead grand jury into returning bill of indictment on 8/02/21 as in indictment 21CRS1025, 21CRS1026, 21CRS1027, 21CRS1028. In Fact I was incarcerated in the Cherokee County Detention Ctr on 10/08/20 thru 11/23/20. I simply can't be 2 places at once, so my right to be free c̅ from seizure and prosecution lacking in probable cause is clearly established at time of arrest on 11/03/20 for alleged crimes. 4 indictments with a seperate total bonds of $65,000

3) 20 CRS 050848 Larceny of Motor Vehicle $500,000 bond Arrests for alleged crimes (2 times) a bond that is unobtainable shows prosecutorial misconduct, vindictive prosecution.

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

Monetary payments for false imprisonment, Excessive for pain and suffering from injuries occuring but not limited to physical; mental injuries as well, suffered directly by hands of Jacob Darrell Anderson

21 CRS 1025, 21 CRS 1026, 21 CRS 1027, 21 CRS 1028, 20 CRS 050848 imediately dismissed or All bonds unsecured, and monetary payments for each day incarcerated under aforementioned indictments.

58 days as of today

Jacob Darrell Anderson $2.5 million
Cherokee County Sheriffs Dept. $590,000

Witnesses: Officer Cody Williams
Officer Poor

Erlanger Medical Records Murphy N.C.
Heather Hawkins 828-361-5278
210 Heaton Rd Marble N.C. 28905
Betsy Kilpatrick - 828-361-4709
210 Heaton Rd
Marble N.C. 28905

Dollar General Store
Marble N.C. 28905
Video or statements from
workers at end of May 2021

Date: 9/06/21　　Signature: Andrew Kilpatrick

Prison ID #: _____